**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6122**

———————

ROBERT GLENN MINETREE, JR.,

Plaintiff - Appellant,

versus

MR. DOTSON, Warden/Acting Agent for
CCA/LVCC/DOC; RONALD COKER, Contracting Liason
and Acting Agent for CCA/LVCC/DOC; MR. SMOOT,
F.S.D. Acting Agent for Aramark Food Service,
Contract to CCA/LVCC/DOC; MS. GARNER,
RN/HSA/HSS and Acting Agent of
CCA/LVCC/DOC/Trigon-BlueCross Blueshield under
contract to DOC & CCA; GENE M. JOHNSON,
Director of Virginia Department of
Corrections,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (CA-02-777-2)

———————

Submitted: March 20, 2003          Decided: April 1, 2003

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Glenn Minetree, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Minetree appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. Minetree may cure any deficiency by filing an amended complaint. We therefore dismiss the appeal for lack of jurisdiction because the order is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED